1099
SHIRLEY V. REMMERT, PRO SE
990 Berkeley Avenue
Menlo Park, CA 94025
Tel: 650-921-8820
Message: 650-521-0571

E-filing **FILED**
MAR 5 - 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

CV 08    1404

RECEIVED
03 FEB -1 PM 4:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco

CV 08 80013 MISC CW

In Re
   Shirley Venoya Remmert

ORIGINAL

DEBTOR'S NOTICE OF APPEAL OF
ORDER FROM BANKRUPTCY COURT
RE DISMISSAL OF CASE FOR FAILURE TO
SUBMIT PAYMENT PLAN

**MOTON FOR <u>STAY OF FORECLOSURE</u>
OF PROPERTIES WAS FILED IN RELATED
APPEAL.**

CASE NO. 07-31336-TEC13
(ADVERSARIAL COMPLAINT NO. 07-3121)

HON. THOMAS E. CARLSON

_____/

I, Debtor Shirley Venoya Remmert, hereby file a notice of appeal of the attached order from Bankruptcy Court re the court's dismissal of the case before reviewing pertinent pleadings; namely, my application for a conversion to a Chapter 11 filing from a Chapter 13, my motion for permission to file with a fee waiver, and my filed adversarial complaint explaining the impossibility of a payment plan because of money allegedly owed to me by certain creditors.

The order for dismissal is attached.

My motion for STAY OF FORECLOSURE of properties was filed in a related

appeal in this court "Notice of Appeal of Order from Bankruptcy Court re Denied Relief for Business Partner".

I declare that the above statement is true and correct under the penalties for perjury of the federal laws.

DATE: January 28, 2008

_____Shirley V. Remmert_____
Appellant

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

Entered on Docket
January 11, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: January 10, 2008

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Northern District of California

| In Re: SHIRLEY VENOYA REMMERT | Case No.: 07-3-1336 SFC13 |
|---|---|
| Debtor(s) | Chapter: 13 |

### ORDER DISMISSING CHAPTER 13 CASE AND NOTICE

__X__ The Debtor(s) having failed to make plan payments

_____ The Debtor(s) having failed to comply with the Trustee's reasonable requests for information

_____ The Debtor(s) having failed to appear

_____ The Trustee having filed a motion to dismiss

_____ The Court having determined that the debtor(s) is/are not eligible for Chapter 13

_____ The Court having determined that the debtor(s) is/are unable to propose a confirmable plan

**IT IS ORDERED THAT the above captioned Chapter 13 case is dismissed.**

**\*\*END OF ORDER\*\***

158                           CERTIFICATE OF SERVICE

I hereby certify that I caused the within documents:

**DEBTOR'S NOTICE OF APPEAL OF ORDER FROM BANKRUPTCY COURT RE DISMISSAL OF CASE FOR FAILURE TO SUBMIT PAYMENT PLAN/ MOTION FOR STAY OF FORECLOSURE OF PROPERTIES WAS FILED IN RELATED APPEAL.**

Superior Court Case No.
Appeals Court Case No.
U. S. Bankruptcy Court Case No.  **07-31336-TEC13**    (Adversarial Complaint No. 07-3121 )

to be served on the party(ies) in this action:

**See page 2 of 2.**

1            (By Personal Service).  I, **Shirley V. Remmert,** caused each such envelope to be delivered by hand on the date below to the person or offices of each addressee indicated by the corresponding number or symbol on the following page or above.

2, 4, 5        (By First-Class Mail, in the U. S. Post Office), I, **A. Garcia,** caused each such envelope to be mailed on the date below in the U.S. Post Office in Menlo Park to each addressee indicated by the corresponding number on the continued page or above. *I, Arturo Garcia, am a self-employed agent over 18 years of age and I am not a party in this case. My business address is 21 Coleman Place, Menlo Park, CA 94025.*
             (By Facsimile), I caused each such document to be sent by facsimile to the person or offices of each addressee indicated by a said symbol.
             (By Telephone), I gave a notice to a person or answering machine.  The particulars are as follows:

**Continued on page 2 of 2.**

## SERVICE LIST FOR NO. 07-31336-TEC13

(1) Irvin W. Fegley (Attorney for Plaintiff Delfin M. Venoya), 626 Jefferson Avenue, Suite 7, Redwood City, CA 94063; Tel: 650-568-1907; Fax: 650-568-1607;

(2) Michael Tannat (House Counsel for Washington Mutual Bank), Mail Stop N110701, 9200 Oakdale Avenue, Chatsworth, CA 91311; Tel: (818) 775-3663; Fax: (818) 349-2734;

(3) California Reconveyance Company (Trustee for Washington Mutual Bank), 9200 Oakdale Avenue, Mail Stop: N110612, Chatsworth, CA 91311; Tel: 714-259-7850; 714-573-1965;

(4) Steven W. Pite (Attorney for Wells Fargo Bank), 525 E. Main Street, P. O. Box 12289, El Cajor, CA 92022-2289; Tel: (619) 590-1300; Fax: (619) 590-1385;

(5) David Burchard, Trustee of U. S. Bankruptcy Court, P. O. Box 8059, Foster City, CA 94404, Tel: 650-345-7801; Fax: 650-345-1514.

I declare that the above statements are true and correct under the penalties for perjury of the federal laws.

_January 29, 2008_ / 2/2/   _Shirley V. Remmert_
Date                                    Shirley V. Remmert

_2/29/08_                               _A. Garcia_
Date                                    A. Garcia

JS 44 (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
IN BE THE MATTER OF SHIRLEY VENOYA REMMERT

### DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff (EXCEPT IN U.S. PLAINTIFF CASES)
SAN MATEO

County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
SHIRLEY REMMERT, PRO SE
990 BERKELEY AVE.
MENLO PARK, CA 94025 (TEL: 650-921-8820 MESSAGE: 650-521-0571)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [X] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury—Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury—Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: | [ ] 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | IMMIGRATION | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 463 Habeas Corpus – Alien Detainee | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
422 Appeal 28 USC 158

Brief description of cause:
APPEALING DENIED RELIEF FOR BUSINESS PARTNER

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint: JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". RELATED "NOTICE OF APPEAL" AGAINST DISMISSAL

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
- [X] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE: FEB 2, 2008

SIGNATURE OF ATTORNEY OF RECORD
Shirley V. Remmert, Pro Se

E-filing

**FILED**

MAR - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08  1404  CW

IN RE: SHIRLEY VENOYA REMMERT            No. C 08-80013 MISC MHP

Plaintiff.            **ORDER**

_____/

This court hereby GRANTS plaintiff leave to file her action in the above captioned matter. The action stems from a decision by the bankruptcy court dismissing plaintiff's Chapter 13 action. Therefore, the Clerk of the Court shall file the complaint and other papers submitted in this matter.

IT IS SO ORDERED.

Dated: 3/4/08

MARILYN HALL PATEL
United States District Court Judge
Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SHIRLEY V REMMERT,

Case Number: MISC 08-80014 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shirley V. Remmert
990 Berkeley Avenue
Menlo Park, CA 94025

Dated: March 5, 2008

Richard W. Wieking, Clerk
By: Anthony Bowser, Deputy Clerk