Clear Form

E-filing

**FILED**

MAR - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF
SHIRLEY VENOYA REMMERT

CV 08 1404 CW

Plaintiff,

CASE NO. CIV 438  07-31336-TEC13

vs.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

Defendant.

I, SHIRLEY V. REMMERT, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?                     Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _LAST EMPLOYMENT: NOV. 30, 2004 / $0._____
3  _____
4  _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.    Business, Profession or          Yes ___ No ✓
8          self employment?

9      b.    Income from stocks, bonds,      Yes ___ No ✓
10          or royalties?

11      c.    Rent payments?              Yes ✓ No ___

12      d.    Pensions, annuities, or          Yes ___ No ✓
13          life insurance payments?

14      e.    Federal or State welfare payments,  Yes ___ No ✓
15          Social Security or other govern-
16          ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.
19  _____RENTAL: $500 per month_____
20  _____

21  3.  Are you married?                        Yes ___ No ✓
22  Spouse's Full Name: _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____ Net $_____
26  4.  a.  List amount you contribute to your spouse's support: $_____
27      b.  List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support. (NOTE: For minor

1 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 | _____

3 | _____

4 | 5.   Do you own or are you buying a home?   TITLE DISPUTE Yes ___ No ___

5 | Estimated Market Value: $_____ Amount of Mortgage: $ CIV438208 Superior Ct San Mateo County

6 | 6.   Do you own an automobile?   Yes ✓ No ___

7 | Make _TOYOTA_  Year _02_  Model _TACOMA_

8 | Is it financed? Yes ___ No ✓ If so, Total due: $ _____

9 | Monthly Payment: $ _0_

10 | 7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

11 | Name(s) and address(es) of bank: _WASH MUTUAL, SANTA CRUZ_

12 | _AVE, MENLO PARK CA 94025_

13 | Present balance(s): $ _300._

14 | Do you own any cash? Yes ___ No ✓ Amount: $ _____

15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 | market value.)   Yes ___ No ✓

17 | _____

18 | 8.   What are your monthly expenses?

19 | Rent: $ _0_   Utilities: _200_

20 | Food: $ _300_   Clothing: _0_

21 | Charge Accounts: _NONE_

22 | Name of Account          Monthly Payment          Total Owed on This Account

23 | _____          $ _____          $ _____

24 | _____          $ _____          $ _____

25 | _____          $ _____          $ _____

26 | 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27 | they are payable. Do not include account numbers.)

28 | $ 1.3 MILLION IN BANKRUPTCY COURT

- 3 -

1
2  10.  Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ✓ No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____CV 438208    Se   p-3_____
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  __2/2/08__                           __Shirley V. Remmert__
12    DATE                                 SIGNATURE OF APPLICANT