1091

SHIRLEY V. REMMERT, PRO SE
990 Berkeley Avenue
Menlo Park, CA 94025
Tel: 650-921-8820
Message: 650-521-0571

E-filing

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

08 1404 CW

| In Re | REMMERT'S PROOF OF SERVICE |
| Shirley Venoya Remmert | RE APPEAL FROM BANKRUPTCY AND MOTION FOR STAY OF FORECLOSURE |

CASE NO. 07-31336-TEC13

_original correct p/serve corres w/SR_ /

I, Appellant Shirley V. Remmert, hereby file proof of service of documents described on the following page.

I declare that the above statement is true and correct under the penalties for perjury of the federal laws.

DATE: January 24, 2008

_____Shirley V. Remmert_____
Appellant

APPELLANT'S PROOF OF SERVICE/ 07-31336-TEC13/                 1

158                               CERTIFICATE OF SERVICE

I hereby certify that I caused the within documents:

**APPELLANT REMMERT'S**

**A.    NOTICE OF APPEAL OR ORDER FROM BANKRUPTCY COURT RE DENIED RELIEF FOR BUSINESS PARTNER;**

**B.    NOTICE OF MOTION AND MOTION FOR STAY OF FORECLOSURE OF PROPERTIES/ MEMORANDUM OF POINTS AND AUTHORITIES/ AFFIDAVIT/ UNDER SUBMISSION;**

Superior Court Case No.
Appeals Court Case No.
U. S. Bankruptcy Court Case No. **07-31336-TEC13**  (Adversarial Complaint No. **07-3121**)

to be served on the party(ies) in this action:

**See page 3.**


1       (By Personal Service). I, **Shirley V. Remmert,** caused each such envelope to be delivered by hand to the person or offices of each addressee indicated by the corresponding number or symbol on the following page.
2, 4, 5  (By First-Class Mail, in the U. S. Post Office), I, **A. Garcia,** caused each such envelope to be mailed in the U.S. Post Office in Menlo Park to each addressee indicated by the corresponding number on the continued page. *I, Arturo Garcia, am a self-employed agent over 18 years of age and I am not a party in this case. My business address is 21 Coleman Place, Menlo Park, CA 94025.*
        (By Facsimile), I caused each such document to be sent by facsimile to the person or offices of each addressee indicated by a said symbol.

        (By Telephone), I gave a notice to a person or answering machine. The particulars are as follows:

1

SERVICE LIST FOR NO. 07-31336-TEC13

(1) Irvin W. Fegley (Attorney for Plaintiff Delfin M. Venoya), 626 Jefferson Avenue, Suite 7, Redwood City, CA 94063; Tel: 650-568-1907; Fax: 650-568-1607;

(2) Michael Tannat (House Counsel for Washington Mutual Bank), Mail Stop N110701, 9200 Oakdale Avenue, Chatsworth, CA 91311; Tel: (818) 775-3663; Fax: (818) 349-2734;

(3) California Reconveyance Company (Trustee for Washington Mutual Bank), 9200 Oakdale Avenue, Mail Stop: N110612, Chatsworth, CA 91311; Tel: 714-259-7850; 714-573-1965;

(4) Steven W. Pite (Attorney for Wells Fargo Bank), 525 E. Main Street, P. O. Box 12289, El Cajor, CA 92022-2289; Tel: (619) 590-1300; Fax: (619) 590-1385;

(5) David Burchard, Trustee of U. S. Bankruptcy Court, P. O. Box 8059, Foster City, CA 94404, Tel: 650-345-7801; Fax: 650-345-1514.

I declare that the above statements are true and correct under the penalties for perjury of the federal laws.

_Feb. 7,_____2008_  _Shirley V. Remmert_
Date                 Shirley V. Remmert

_2-07-08_            _[signature]_
Date                 A. Garcia

3