FILED
MAR - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE SHIRLEY V. REMMERT,

      Plaintiff,

v.

      Defendant.
_____/

No. C-08-01404 CW
NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE

RE:
    Bankruptcy Case: 07-31366-TEC13
    Adversary No.:07-3121
    BAP No.:
    Appellant:

The appeal has been assigned the following case number C-08-01404 CW before the Honorable Claudia Wilken.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 6/17/2008 at     in Courtroom 2, Oakland.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Mar 12, 2008

                            For the Court
                            Richard W. Wieking, Clerk

By: Deputy Clerk

cc: USBC
    Counsel of Record