IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SHIRLEY REMMERT, | No. 08-01404 CW |
|      Debtor | B.C. No. 07-31336 TEC13 |
| | ADV. No. 07-3121 |
| _____ / | ORDER |

On March 5, 2008, Debtor Shirley Venoya Remmert filed a Debtor's Notice of Appeal of Order from Bankruptcy Court Re Dismissal of Case for Failure to Submit Payment Plan.  A notice of appeal of a bankruptcy decision is filed in the Bankruptcy Court. Accordingly,

IT IS HEREBY ORDERED that the Clerk shall forward to the Bankruptcy Court in San Francisco Debtor's Notice of Appeal of Order from Bankruptcy Court Re Dismissal of Case for Failure to Submit Payment Plan and Application to Proceed In Forma Pauperis. The status conference previously set in this Court for June 17, 2008 is vacated.  The Clerk shall close the file.

3/20/08

Dated _____     _____
                                 CLAUDIA WILKEN
                                 United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE SHIRLEY,

Case Number: CV08-01404 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Burchard Rm #150
393 Vintage Park Drive
P.O. Box 8059
Foster City, CA 94404

Shirley V. Remmert
990 Berkeley Avenue
Menlo Park, CA 94025

Clerk
U.S. Bankruptcy Court
235 Pine Street
San Francisco, CA 94104

Dated: March 20, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2