**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

March 21, 2008

Clerk, U.S. Bankruptcy Court
P.O. Box 7341
San Francisco, CA 94120-7341

RE:  CV 08-01404 CW     IN RE SHIRLEY REMMERT
     **Your Case Number: (BC # 07-31336 TEC13; ADV. # 07-3121)**

Dear Clerk,

   Pursuant to an order forwarding the following documents below for the above captioned case to your court, transmitted herewith are the original documents, and certified copy of the order.

1. Debtor's Notice of Appeal of Order from Bankruptcy Court re dismissal of case for failure to submit payment plan
2. Application to Proceed In Forma Pauperis

.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk


                    by:  Clara Pierce
                    Case Systems Administrator

Enclosures