UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

APR 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN RE SHIRLEY VENOYA REMMERT

Case No. CV 08-01404 CW

(Bankruptcy Case No. 07-31336 TEC)

ORDER RE APPLICATION
TO PROCEED
IN FORMA PAUPERIS

(X)   IT IS ORDERED that the application to proceed in forma pauperis on appeal of order from Bankruptcy Court is GRANTED.

( )   IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $350.00 be paid no later than . Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( )   IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ by . Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: _____APR 2 2 2008_____

_____
UNITED STATES DISTRICT JUDGE

(Not to be used in HABEAS CORPUS cases)

cc: Harold S. Marenus, BAP Clerk
    Bankruptcy Appellate Panel

NDC CSA-7

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE SHIRLEY,

        Plaintiff,

v.

REMMERT et al,

        Defendant.

Case Number: CV08-01404 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Burchard Rm
393 Vintage Park Drive, #150
P.O. Box 8059
Foster City, CA 94404

Shirley V. Remmert
990 Berkeley Avenue
Menlo Park, CA 94025

Clerk
U.S. Bankruptcy Court
P.O. Box 7341
San Francisco, CA 94120-7341

Dated: April 22, 2008

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk