[Clear Form]

**FILED**
MAY - 7 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

C-08-1404

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY V. REMMERT )
             Plaintiff, )  CASE NO. 07-3121 ON APPEAL
vs. )
             ) APPLICATION TO PROCEED
WASHINGTON MUTUAL ET AL ) **IN FORMA PAUPERIS**
             ) (Non-prisoner cases only)
           Defendant. ) BANKRUPTCY COURT
             ) ADVERSARIAL CASE

I, SHIRLEY V. REMMERT, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?            Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

LAST EMPLOYMENT: NOV. 30, 2004 / $0.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment?      Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?      Yes ___ No ✓

    c. Rent payments?      Yes ✓ No ___

    d. Pensions, annuities, or life insurance payments?      Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

RENTAL : $500 per month

3. Are you married?      Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a. List amount you contribute to your spouse's support: $_____

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

```
 1            children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
 2    _____
 3    _____
 4    5.    Do you own or are you buying a home?    TITLE DISPUTE Yes ___ No ___
 5    Estimated Market Value: $_____ Amount of Mortgage: $ CIV 438208 Superior Ct
                                                                San Mateo County
 6    6.    Do you own an automobile?                Yes ✓ No ___
 7    Make TOYOTA     Year 02     Model TACOMA
 8    Is it financed? Yes ___ No ✓ If so, Total due: $ _____
 9    Monthly Payment: $ 0
10    7.    Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
11    Name(s) and address(es) of bank: WASH MUTUAL, SANTA CRUZ
12    AVE, MENLO PARK CA 94025
13    Present balance(s): $ 300.
14    Do you own any cash? Yes ___ No ✓ Amount: $ _____
15    Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16    market value.)                                  Yes ___ No ✓
17    _____
18    8.    What are your monthly expenses?
19    Rent: $ 0                              Utilities: 200
20    Food: $ 300                            Clothing: 0
21    Charge Accounts:   NONE
22    Name of Account        Monthly Payment          Total Owed on This Account
23    _____        $ _____             $ _____
24    _____        $ _____             $ _____
25    _____        $ _____             $ _____
26    9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27    they are payable. Do not include account numbers.)
28    _____ $ 1.3 MILLION IN
                            BANKRUPTCY COURT
```

1  
2   10.   Does the complaint which you are seeking to file raise claims that have been presented in  
3   other lawsuits?   Yes ✓  No ___  
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in  
5   which they were filed.  
6   ___CIV 438208    See p. 3  On appeal___  
7   #07-3121 IS RELATED TO 07-31336 TEC 13  
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a  
9   false statement herein may result in the dismissal of my claims.  
10  
11   _May 5, 2008_        _Shirley V. Remmert_  
12           DATE                                    SIGNATURE OF APPLICANT  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

Gloria L. Franklin  
Clerk of Court

San Francisco Bankruptcy Court  
235 Pine St.  
P.O. Box 7341  
San Francisco, CA 94120-7341

(415) 268-2300

**FILED**

MAY - 8 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Richard W. Wieking, Clerk  
United States District Court  
450 Golden Gate Avenue  
San Francisco, CA 94102-3489

Re: *Shirley V. Remmert, debtor*  
    *Shirley V. Remmert, plaintiff*

    *Washington Mutual Bank et al*  
                                *defendants*

Re: *BK 07-31336 TC*  
    *AP 07-3121 TC*  
    *District Court 08-01404-CW*

**RECEIVED**

MAY 9 2008

RICHARD W. WIEKING  
CLERK, U.S DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

Dear Mr. Wieking:

[X] Enclosed please find the Application to proceed in forma pauperis. Appeal pending in BAP. This application to proceed in informa pauperis is for the adversary appeal case 07-3121 TC.

Gloria L. Franklin, Clerk  
United States Bankruptcy Court

Dated: May 8, 2008

By: **ANNA CHO-WONG**  
      _____  
      Deputy Clerk   Anna Cho-Wong



Office of the Clerk
United States Bankruptcy Court, Northern District of California
San Francisco Division

Gloria L. Franklin,
Clerk of Court
P.O. Box 7341
San Francisco, CA 94120-7341
Phone: (415) 268-2300

Elizabeth Lucero,
Division Office Manager
235 Pine Street, 19th Floor
San Francisco, CA 94104
Phone: (415) 268-2300

March 27, 2008

United States District Court
Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

FILED
MAR 27 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Re:    Shirley Venosa Remmert, Bankruptcy Case No. 07-31336TEC, CV08-1404 CW

Dear Clerk:

On March 24, 2008, our court received from the United States District Court the following documents pursuant to Judge Wilken's court order dated March 20, 2008 (order attached):

- Debtor's Notice of Appeal of Order from Bankruptcy Court re: dismissal of case for failure to submit plan payments.
- Application to Proceed In Forma Pauperis

The Debtor's Notice of Appeal of Order from Bankruptcy Court re: dismissal of case for failure to submit plan payments will be properly submitted to the Bankruptcy Appellant Panel because the appellant did not file an election to have the appeal heard by the United States District Court pursuant to 28 U.S.C. §158 (c).

We are returning to the District Court the Appellant's Application to Proceed In Forma Pauperis. The Court of Appeals for the Ninth Circuit has held that bankruptcy courts lack the authority to waive pre-payment of filing fees under 28 U.S.C. §1915(a). Perroton v. Gray (In re Perroton), 958 F.2d 889 (9th Cir. 1992) and Determan v. Sandoval (In re Sandoval), 186 B.R. 490, 496 (9th Cir. BAP 1995). A copy of this letter is concurrently being forwarded to the Bankruptcy Appellate Panel, so that they are aware of the pending application.

If you have any questions, please contact Anna Cho-Wong at 415-268-2388.

Thank you.

Sincerely,

Gloria L. Franklin
Clerk of Court

By: *Anna Cho-Wong*
Anna Cho-Wong
Case Management Analyst

attachment (2)

cc:    Harold S. Marenus, BAP Clerk
       Bankruptcy Appellate Panel